Charles A. BELDEN, indv., etc., Respt., v. Susie E. FITCHETT, impld., Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of BELMONT AVENUE. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order (155 N. Y. Supp. 205) affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of the application and petition of John A. BENSEL et al., constituting the Board of Water Supply of the City of New York, to acquire real estate in the Towns of Mt. Pleasant and Greenburgh, etc. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion denied, with $10 costs.

In the matter of the claim of John Frederick BENTON, for compensation, etc., v. George H. FRAZER, employer, and Zurich General Accident & Liability Insurance Company, Limited, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

Jacob Milton BERGEN, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Abraham BERGER, Respondent, v. The EBLING BREWING COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Appeal from order of Special Term, New York County, denying motion for stay of proceedings.

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, and the motion granted, on the authority of Schwartz v. Minsker Realty Co., 166 App. Div. 681, 152 N. Y. Supp. 70; Singer v. Garlick, 123 App. Div. 282, 107 N. Y. Supp. 972.

Aaron BERGER v. Albert S. NICHOLS. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted, with $10 costs. Order filed.

JOS. F. BERNASCHEFF BUILDING CONSTRUCTION CO., Inc., respondent, v. Frank HAJEK et al., copartners, etc., appellants. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Matter of Charles BERNTSON, Applt., v. John T. FETHERSTON, Com'r, etc., Respt. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John N. BERRY and William E. Jackson, appellants, v. Lee M. KLEIN and Samuel Jackson, copartners, etc., respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

Matter of BILLBOARD PUB. CO. v. KINETOPHOTE CORP'N. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

Alberto BIMBONI v. John McCORMACK. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

William BLAISDELL, appellant, v. LONG ISLAND RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion denied.

Matter of William C. BLAKE v. Andrew J. MAGUIRE et al. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with $10 costs. Order filed.

Sigmund BLITZER v. William VECHSLER. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion granted, with $10 costs. Order filed.

In the matter of the claim of Ella BLOOMFIELD, claimant, v. S. NOVEMBER, employer, and Zurich General Accident & Liability Insurance Company, Limited, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

Louis BLUMENBERG et al. v. Ernest F. EILERT et al. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion to extend time to plead granted. Order filed.

Louis BLUMENBERG et al., Respondents, v. Ernest F. EILERT et al., Applts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

George BOCKHAUS v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Motion denied, with $10 costs. Order filed. Memorandum per curiam.

Samuel BORCHARDT v. LORD ELECTRIC CO. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with $10 costs. Order signed.